No. 98–7892. O'CONNOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7895. PEREZ-SOSA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7896. POTWIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7897. LAWSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7898. JAMES *v.* UNITED STATES PAROLE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 98–7905. SWEENEY *v.* SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7918. HUMPHREY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7932. DEHART *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7936. DE LA GARZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7944. FELICI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7951. MUHAMMED *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–8027. DJADI *v.* CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–8059. SMITH *v.* COUNTY OF CONTRA COSTA BOARD OF SUPERVISORS ET AL. C. A. 9th Cir. Certiorari denied.